FILED

2018 SEP 11 PM 4:57

U.S. DISTRICT COURT
N. DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN KENNEDY,<br><br>Defendant. | INDICTMENT<br><br>JUDGE GAUGHAN<br><br>CASE NO. 1:18 CR 526<br><br>Title 18, Sections 922(g)(1),<br>924(a)(2) and (d)(1), United<br>States Code; Title 28, Section<br>2461(c), United States Code |

COUNT 1
(Felon in Possession of Firearm and Ammunition,
in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about August 21, 2018, in the Northern District of Ohio, Eastern Division, Defendant STEVEN KENNEDY, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Domestic Violence, in Case Number CR-14-590001, in Cuyahoga County Court of Common Pleas Court, on or about December 26, 2014, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Smith & Wesson, Model SD40VE, .40 caliber pistol, bearing serial number FXN2785, and 14 rounds of .40 caliber ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant STEVEN KENNEDY shall forfeit to the United States any and all property (including firearms and ammunition) involved in or used in the commission of such violation; including, but not limited to, the following: a Smith & Wesson, Model SD40VE, .40 caliber pistol, bearing serial number FXN2785, and 14 rounds of .40 caliber ammunition.

                                                    A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.